# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>INFORMATION ASSOCIATED WITH<br>WALTER@WALTERCOMPTON.COM<br>THAT IS STORED AT PREMISES CONTROLLED BY<br>MICROSOFT | ) ) ) ) ) ) ) Case No. 1:25MJ 222 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Western___ District of ___Washington___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment "B"

**YOU ARE COMMANDED** to execute this warrant on or before ___06/20/25___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___L. Patrick Auld___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: ___06/06/25; 11:42 AM___ ___[signature]___
*Judge's signature*

City and state: ___Greensboro, North Carolina___ ___United States Magistrate Judge L. Patrick Auld___
*Printed name and title*

| Return |||
|---|---|---|
| Case No.: <br> 1:25MJ222 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## Attachment A

**Property to Be Searched**

This warrant applies to information associated with the email account [walter@waltercompton.com](walter@waltercompton.com) (SUBJECT EMAIL ACCOUNT) that is stored at premises controlled by Microsoft Corporation, a company that accepts service of legal process digitally and is headquartered at One Microsoft Way, Redmond, Washington 98052.

18

**Attachment B**

**Particular Things to be Seized**

I.  **Information to be disclosed by Microsoft Corporation (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is stored, held or maintained inside or outside of the United States, including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, the Provider is required to disclose the following information to the government for walter@waltercompton.com (SUBJECT EMAIL ACCOUNT) as listed in Attachment A from **September 23, 2023 to June 30, 2024**:

a. General Account Identification Data: All records or other information regarding the identification of the SUBJECT EMAIL ACCOUNT, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, login IP addresses associated with all session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log/activity files, and means and source of payment (including any credit or bank account number);

b. Content Data/Communications/Deleted Data between SUBJECT EMAIL ACCOUNT and the following email accounts (SPECIFIC EMAIL ACCOUNTS):

davelewis74g@gmail.com

mark@ablconsultinginc.com

brooke@crawfordcommunications.org

kahleestar@gmail.com

myasha@mildreddrakefamilytrust.com

19

david@mildreddrakefamilytrust.com

raysean_graham@yahoo.com

myashagraham88@gmail.com

kellee@mildreddrakefamilytrust.com

dave@mildreddrakefamilytrust.com

myashagraham@gmail.com

brooke.a.crawford@gmail.com

raysean@mildreddrakefamilytrust.com

    c.    The information ordered in section "b" is further described in this and the following sections and shall include: All records, files, and other information (including data and the content of electronic communications or contained in "draft" or "trash" folders) for Microsoft emails services associated with the SUBJECT EMAIL ACCOUNT;

    d.    The contents of all communications between SUBJECT EMAIL ACCOUNT and SPECIFIC EMAIL ACCOUNTS including emails, attachments, metadata/header data/IP data, and chat messages associated with the SUBJECT EMAIL ACCOUNT, including stored or preserved copies of chat/email logs, emails sent to SUBJECT EMAIL ACCOUNT from SPECIFIC EMAIL ACCOUNTS, emails sent from SUBJECT EMAIL ACCOUNT to SPECIFIC EMAIL ACCOUNTS, draft communications between SUBJECT EMAIL ACCOUNT and SPECIFIC EMAIL ACCOUNTS, the source and destination addresses associated with each communication, the date and time at which each communication was sent, and the size/length/character count of each communication; and header information including the actual IP addresses of the sender and recipients of the emails, and all forwarding or fetching accounts relating to walter@waltercompton.com;

e. **All data retained by the Provider regarding deleted emails/data** between SUBJECT EMAIL ACCOUNT and SPECIFIC EMAIL ACCOUNTS including but not limited to: The source and destination addresses associated with each communication, the date and time at which each communication was sent, the size/length/character count of each email, and the timestamp of each email; and header information including the actual IP addresses of the sender and recipients of the emails, and any information regarding attachments.

**II.    Information to be seized by the government**

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of 18 U.S.C. § 1343 (Wire Fraud), and/or 18 U.S.C. § 371 (Conspiracy), and aiding and abetting of these offenses, for each account or identifier listed on Attachment A, in the form of the following:

(a) Evidence of the identification or location of the user(s)/creator(s) of the SUBJECT EMAIL ACCOUNT;

(b) Evidence of individuals collaborating, conspiring, or assisting (knowingly or unknowingly) in the commission of financial fraud in the purchase of CC LLC; or (ii) communicating with the SUBJECT EMAIL ACCOUNT about the fraudulent purchase of CC LLC;

(c) Communications, attachments, documents, header information, and deleted content about: an intent to defraud CC LLC; the "purchase" of CC LLC; the transfer of assets from MDFT (umbrella organization) to CC LLC or vice versa; financing/credit applications/documents used to "purchase" CC LLC or show ability to purchase CC LLC; wire transfers; fraudulent financial statements from MDFT; communications showing MDFT was attempting to "purchase" other

21

businesses beside CC LCC; and communications indicating defrauding CC LLC was part of an ongoing pattern of fraudulent behavior;

(d) Evidence showing the identity of the service provider of the SPECIFIC EMAIL ACCOUNTS and any other identifying or usage information/data for the SPECIFIC EMAIL ACCOUNTS.